**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 14-cr-00163-RM

UNITED STATES OF AMERICA,
        Plaintiff,

v.

SHANNON MAUREEN CONLEY,
        Defendant.

_____

**DEFENDANT SHANNON CONLEY'S SECOND MOTION FOR EARLY
TERMINATION OF SUPERVISED RELEASE**
_____

Shannon Conley, through undersigned counsel, respectfully submits this Second

Motion for Early Termination of Supervised Release and requests an Order directing the

United States Probation Department that Ms. Conley is terminated from Supervised

Release at this time.  As grounds, the defendant states the following:

1)      On January 23, 2015, Ms. Conley was sentenced by this Honorable Court.

The sentence imposed included:

- A term of imprisonment of forty-eight (48) months.
- Upon release from imprisonment, a term of three (3) years' Supervised Release.
- Ms. Conley was required to complete a program of mental health treatment, pay the costs of treatment, take all medications prescribed for her.
- Pay a Special Assessment Fee of $100.
- Perform 100 hours of community service.

2)      Pursuant to the Court's sentence, Ms. Conley was incarcerated at FCI

Aliceville, AL until April 4, 2017.  Upon being released from FCI Aliceville, AL, she

resided at the Independence House in Southwest Denver from approximately April 5,

1

2017 to October 1, 2017.  Ms. Conley was released from the Independence House on October 1, 2017.

3)      Ms. Conley then moved into an apartment and she began her Supervised Release with Senior Probation Officer, Kyla Hamilton.  Ms. Conley's supervision was transferred to Probation Officer Tina Parde.  Probation Officer Parde is still supervising the defendant's supervised release.

4)      Ms. Conley has complied with the Special Conditions of her Sentence. She completed the mental health treatment as required.  Ms. Conley completed the education program to learn the trade of an electrician while maintaining full-time employment as an apprentice electrician.  Ms. Conley has completed the required 100 hours of community service with Arc Thrift Store and Extreme Community Makeover.

5)      On June 20, 2018, Ms. Conley's conditions of supervision were modified and she successfully completed a program of testing and/or treatment for substance abuse, as deemed necessary by her probation officer; Ms. Conley also abstained from the use of alcohol or other intoxicants during the course of treatment as directed by the probation officer.  (Doc. 86).

6)      18 U.S.C. §3583(e)(1) allows the Court to "terminate a term of supervised release and discharge the defendant at any time after the expiration of one year of supervised release…if it is satisfied that such action is warranted by the conduct of the defendant's release and the interest of justice."

7)      On October 23, 2018, the defendant filed her first Motion for Early Termination of Supervised Release (Doc. 90).

8)      The Court denied the Motion for Early Termination of Supervised Release

on November 11, 2018 (Doc. 96).  At that time, the court stated:

> The Court is aware of, and commends Ms. Conley for, the many strides she has made in terms of reintegration into the community, community service, counseling and other matters required of her while on supervised release… Additionally, the Motion has been filed within a legally proper, but nonetheless early, portion of her supervision.  Finally, the nature of Ms. Conley's conviction gives rise to a public safety concern which merits continued supervision.

9)      Since June 2019, Ms. Conley began volunteering at the Friends of the Aurora Public Libraries once or twice a month for 3-hour increments.  She has been working at Greiner Electric of Littleton since July 2017 and has received raises biannually.

10)      Ms. Conley will soon be celebrating her 1-year wedding anniversary with her husband Brandon Miller.  Her husband is gainfully employed.  She just gave birth to their first child, Amari Miller, approximately two weeks ago.  U.S. Probation Officer Parde is aware of all of these activities.  Ms. Conley is presently on maternity leave but will eventually be returning to work.  Ms. Conley and her husband have the good fortune of having wonderful help with child care:  her parents.

11)      A copy of this Motion is being provided to Assistant United States Attorney, Greg Holloway, and United States Probation Officer, Tina Parde, so that they can be prepared to state their position regarding the motion if directed to do so by the Court.

WHEREFORE, the undersigned moves this Honorable Court for an Order terminating Ms. Conley's Supervised Release.

Respectfully submitted this 7th day of October, 2019.

*s/ Patrick J. Burke*

Patrick J. Burke
Patrick J. Burke, P.C.
303 16th Street, Suite 200
Denver, Colorado 80202
303-825-3050
303-825-2992 fax
Patrick-J-Burke@msn.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of October, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to the following**:**

Greg Holloway, Gregory.holloway@usdoj.gov
Assistant United States Attorney
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, Colorado 80202
*Attorney for the Government*

**VIA U.S. FIRST CLASS MAIL**
Tina Parde
United States Probation Officer
1929 Stout St, #C120
Denver, Colorado 80294

*s/ Jennifer J. Feldman*