IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Criminal Case No. 14-cr-00163-RM

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

SHANNON MAUREEN CONLEY,

    Defendant.

___

**ORDER REGARDING EARLY TERMINATION OF SUPERVISED RELEASE**
___

THIS MATTER is before the Court upon Defendant Shannon Conley's Second Motion for Early Termination of Supervised Release (the "Motion") (ECF No. 97).

The Court ordered the Government to respond to the Motion and the Government filed a response (ECF No. 99) indicating that it takes no position regarding the Motion. In addition, the Court has considered the position of the Probation Office as well as the original presentence report. Based on the Court's review, it is

ORDERED that the defendant's supervised release be terminated, that she be discharged from supervised release.

DATED this 19th day of November, 2019.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge